220 F.2d 747
 FEENER BUSINESS SCHOOLS, Inc., Defendant-Appellant,
v.
SCHOOL OF SPEEDWRITING, Inc., Plaintiff-Appellee.
 No. 4900.
 United States Court of Appeals, First Circuit.
 April 18, 1955.
 
 Carleton L. Feener, Boston, Mass., as attorney-in-fact for appellant.
 Samuel P. Sears, Boston, Mass., with whom Brickley, Sears & Cole, and Lawrence R. Cohen, Boston, Mass., were on brief, for appellee.
 Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit judges.
 PER CURIAM.
 
 
 1
 The final decree of the District Court and order of that Court denying motion for rehearing are affirmed.